**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8194**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

CARLTON CHRISTOPHER SULLIVAN,

Defendant  - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge. (8:03-cr-00194-DKC-4)

Submitted:  May 21, 2009                Decided:  May 27, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carlton  Christopher  Sullivan,  Appellant Pro Se.   Deborah A. Johnston,  Chan  Park,  Assistant  United  States  Attorneys, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlton Christopher Sullivan appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Sullivan, No. 8:03-cr-00194-DKC-4 (D. Md. Sept. 23, 2008; Aug. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED